**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | | |
|---|---|---|
| Simon Lok, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 7:25-mc-00159-JGLC |
| | ) | |
| Experian Information Solutions, Inc., | ) | Related Case: 7:21-cv-154-NSR |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF SEAN SKEDZIELEWSKI**

Pursuant to Local Civ. Rule 1.4(b) of the Joint Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Rule 1.4(b)"), Sean Skedzielewski applies for leave to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian") in the above captioned matter. Pursuant to Rule 1.4(b), withdrawal without an affidavit is appropriate because attorney of record Patrick L. Wright, also of Jones Day, will continue to represent Experian in this matter.

In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list. The matter has not been set for trial. Mr. Skedzielewski' s withdrawal will not occasion a request for an extension of any deadlines in the case. Mr. Skedzielewski does not assert a retaining or charging lien in connection with his departure.

Dated: May 12, 2025                                    Respectfully submitted,

/s/ Sean Skedzielewski
Sean Skedzielewski
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: 212.326.3462
Email: sskedzielewski@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 9, and to update the docket to reflect the withdrawal of Mr. Skedzielewski as counsel for Defendant.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: May 13, 2025
        New York, New York

## CERTIFICATE OF SERVICE

I, Sean Skedzielewski, a lawyer admitted to practice in this Court, hereby certify under penalty of perjury that, on the 12th day of May 2025, I caused the foregoing document to be served upon all parties of record via the Court's CM/ECF filing system.


Dated: May 12, 2025                                      */s/ Sean Skedzielewski*
                                                         Sean Skedzielewski