UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| Simon Lok,<br><br>      Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>      Defendant. | No. 7:25-mc-00159-JGLC<br>Related Case: No. 7:21-cv-154<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Jeffrey R. Johnson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

    Applicant's Name:    Jeffrey R. Johnson
    Firm Name:    JONES DAY
    Address:    51 Louisiana Avenue, N.W., Washington, D.C. 20001
    Telephone:    (202) 879-7684
    Email:    jeffreyjohson@jonesday.com

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Defendant Experian Information Solutions, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 2, 2025
       New York, New York

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge